IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS, TOPEKA DIVISION

| | |
|---|---|
| John Anslover, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08-4150-RDR |
| ) | |
| UNION PACIFIC RAILROAD ) | |
| COMPANY, ) | JURY TRIAL DEMANDED |
| ) | |
| Serve: Defendant's Registered Agent ) | |
| The Corporation Company ) | |
| 515 South Kansas Ave. ) | |
| Topeka, KS 66603 ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

### (Federal Employers' Liability Act)

COMES NOW Plaintiff, John Anslover, by and through his attorneys, Holland, Groves, Schneller & Stolze, L.L.C., and for his cause of action against the Defendant, Union Pacific Railroad Company, states as follows:

1. Defendant, Union Pacific Railroad Company, is now and was at all times hereinafter mentioned a railroad corporation duly organized and existing according to law to engage in, and was engaged in, business as a common carrier in interstate commerce between the several states of the United States.

2. That at all times relevant herein plaintiff is and was a resident of Saline County, Kansas.

3. That at all times relevant herein, Plaintiff, John Anslover, was employed by the

1

Defendant, Union Pacific Railroad Company as a locomotive engineer and that his work substantially affected interstate commerce.

4. That this action is brought pursuant to the Federal Employers Liability Act, 45 U.S.C. 51-60. That this action is properly venued in this Court under the FELA and local rules and that this Court has jurisdiction pursuant to 28 U.S.C. 1331, Federal Question Jurisdiction.

5. That on or about March 10, 2006 at or near Kanopolis, Kansas John Anslover was injured as set forth more fully herein, when the engine he was working on ran through a switch that had been improperly left open.

6. Plaintiff states that his injuries and damages resulted in whole or in part from the negligent acts or omissions of the Defendant in one or more of the following particulars:

   a) Defendant failed to provide Plaintiff with a reasonably safe place to work; or

   b) Defendant failed to provide reasonably safe conditions for work; or

   c) Defendant failed to provide reasonably safe methods of work; or

   d) Defendant failed to provide a reasonably safe switch; or

   e) Defendant failed to provide reasonably safe equipment or tools for work; or;

   f) Defendant failed to provide adequate training or rules; or

   g) Defendant failed to provide adequate help; or

   h) failed to properly inspect, repair or maintain its switch; or

   i) defendant's employee or agent left a switch open or otherwise failed to secure the switch.

7. As a result, in whole or in part, of the aforementioned conduct of the Defendant, Plaintiff was caused to suffer the following serious, painful, and permanent injuries or aggravation of a pre-existing condition to his circulatory system and its structures; Plaintiff suffered and will continue to suffer pain and mental anguish; Plaintiff was caused to undergo medical treatment, tests, therapy and will require future medical treatment; Plaintiff has lost wages, fringe benefits and will in the future lose further such wages and fringe benefits; Plaintiff has expended or obligated himself for necessary and reasonable medical expenses and hospital care and will in the future be caused to expend further such sums for medical treatment. Plaintiff has suffered pain and suffering and will in the future have pain and suffering as a result of Defendant's negligence. Plaintiff's ability to work, labor, and enjoy the normal pursuits of life has been impaired and lessened all to Plaintiff's damage.

WHEREFORE, Plaintiff, John Anslover, prays for Judgment against the Defendant, Union Pacific Railroad Company, for a sum fair and reasonable under the circumstances in excess of seventy five thousand dollars ($75,000.00), together with his costs herein expended and a trial by jury on all issues.

Holland, Groves, Schneller & Stolze, L.L.C.

_____
STEVEN L. GROVES #22874
300 N. Tucker, Ste. 801
St. Louis, MO 63101
(314) 241-8111
(314) 241-5554 (fax)
sgroves@allfela.com
Attorneys for Plaintiff